# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

**KARL J. FREEMAN,**

        Plaintiff,

        V.        CASE NUMBER: **06-C-558**

**JO ANNE BARNHART**
**Commissioner of Social Security Administration,**

        Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came on for consideration and a decision has been rendered.

IT IS ORDERED AND ADJUDGED **that the plaintiff's complaint is dismissed in its entirety for failure to state a claim upon which relief can be granted. This action is hereby DISMISSED.**

| | |
|---|---|
| **November 3, 2006** | **SOFRON B. NEDILSKY** |
| Date | Clerk |
| | s/ Linda M. Zik |
| | (By) Deputy Clerk |